## ROBERT BARR *vs.* JOHN WEST et al.

A memorandum entry on the docket of " caveat filed," is not sufficient to prevent the issuing a patent for vacant land, taken up under a special law providing, in the usual mode, for caveats.

CAVEAT entered before the recorder of deeds, against the grant of a patent for vacant land.

The defendant, West, under a special act of assembly, passed February 14, 1849, located certain vacant land, and returned and filed a plot and gave notice, as required by the law; the plot being filed September 17, 1849, and notice given September 21,. 1849.

The act provided that a caveat might be entered in the recorder's office, at any time within three months from the return of the plot and notice ; and thereupon, all matters in variance should be heard and determined in a summary way.

Robert Barr went into the recorder's office on the 11th of December, 1849, and entered upon the docket " caveat filed ;" and on the 6th of September, 1850, he drew up and filed the caveat in due form.

*Saulsbury* and *Layton*, for defendants, now moved to dismiss the caveat, as not being filed within time.

*Mr. Cullen*, contra, contended that the noting the caveat on the caveat docket, was a sufficient entry, and it might be drawn out

afterwards; and 2. that the application to dismiss was too late, after the parties had been attending with witnesses two terms.

*Mr. Houston*, on the same side said the caveat was addressed, not to the other party, but to the public officer; a mere hint to him, admonishing him not to issue the patent, as it was claimed by another. The party who files the plot is seeking a title from the State; the caveator gives notice, by entering a caveat before the register, to prevent the issuing of a patent.

*The Court* directed an entry, that in this case the court refused to take cognizance of the cause, because it did not appear that any caveat was entered according to law; and it was ordered that each party pay his own costs in this court.

*Cullen*, for plaintiff.

*Saulsbury* and *Layton*, for defendants.